AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Miguel Angel HERNANDEZ-Ruiz<br><br>*Defendant(s)* | ) <br> ) <br> ) Case No: 25-456 MJ <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>March 13, 2025</u> in the county of <u>Hidalgo</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On March 13, 2025, Agents of the Lordsburg, New Mexico Border Patrol Station encountered the defendant in Hidalgo County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen of Mexico illegally present in the United States. The defendant did not cross through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer. Immigration checks revealed that the defendant was most recently removed from the United States to Mexico on January 20, 2025, through El Paso, TX.

☒ Continued on the attached sheet.

*Complainant's signature*

Christopher P. Montoya, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.
             - by telephone. JHR

Date: March 15, 2025

City and state: <u>Las Cruces, N.M.</u>

*Judge's signature*

Jerry H. Ritter  U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Miguel Angel HERNANDEZ-Ruiz

**Continuation of Statement of Facts:**
There is no evidence to show that the defendant has applied for or received permission from the proper authorities to be or remain in the United States.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Montoya, Christopher P.
Filing Agent